AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of California

**FILED**
**Oct 16 2026**
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

United States of America
v.
Maribel Del Carmen Garces Barriga

*Defendant(s)*

Case No. 3:26-mj-71361 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 9/23/2025 and 11/4/2024 in the county of Multiple in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count 1: 18 U.S.C. § 1425(a); | Attempted Procurement of Naturalization Contrary to Law |
| Count 2: 18 U.S.C. § 1015(a); and | False Statement Under Oath in any Matter Relating to Naturalization or Citizenship |
| Count 3: 18 U.S.C. § 611(a) | Unlawful Voting by an Alien. |

This criminal complaint is based on these facts:

See attached Affidavit of FBI S/A Ian Sharma-Crawford

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

IAN SHARMA-CRAWFORD, FBI S/A
*Printed name and title*

Approved as to form October 16, 2026
SAUSA *Roger Dinh*

Sworn to before me by telephone.

Date: 10/16/2026

*Judge's signature*

City and state: San Francisco, CA

Hon. ALEX G. TSE, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Ian Sharma-Crawford, a Special Agent with the Federal Bureau of Investigation, having been duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application under Rules 3, 4, and 4.1 of the Federal Rules of Criminal Procedure for an arrest warrant and criminal complaint charging Maribel Del Carmen Garces Barriga ("GARCES BARRIGA") with:

Count One: attempted procurement of naturalization contrary to law, in violation of 18 U.S.C. § 1425(a), occurring on or about September 23, 2025, in the Northern District of California and elsewhere;

Count Two: false statement under oath relating to naturalization or citizenship, in violation of 18 U.S.C. § 1015(a), occurring on or about September 23, 2025, in the Northern District of California and elsewhere; and

Count Three: unlawful voting by an alien, in violation of 18 U.S.C. § 611(a), occurring on or about November 5, 2024, in the Northern District of California and elsewhere.

## SOURCES OF INFORMATION

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Task Force Officers, Special Agents, and law enforcement officers) are referenced in this affidavit,

such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this affidavit, such information is also described in sum and substance and in relevant part.

3. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

## AFFIANT BACKGROUND

4. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since February 2023. I am currently assigned to the FBI San Francisco Division.

5. While assigned to FBI San Francisco, I have been substantially involved in investigations related to civil rights offenses, public corruption offenses, environmental crimes, violent crimes against children, and violent gangs. In order to become a Special Agent, I underwent approximately 20 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various topics including writing affidavits for and executing search warrants, interviewing witnesses and subjects, conducting physical surveillance, working with informants, legal procedure and process, preparing subpoenas, analyzing the data received from search warrants and subpoenas, and substantive training on federal laws.

6. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). That is, I am empowered by statute to conduct investigations

of—and to execute warrants and make arrests for—violations of federal law.

## APPLICABLE STATUTES

7. Under 18 U.S.C. § 1425(a), in relevant part, it is unlawful for any person to "knowingly procure[] or attempt[] to procure, contrary to law, the naturalization of any person, or documentary or other evidence of naturalization or of citizenship."

8. Under 18 U.S.C. § 1015(a), in relevant part, it is unlawful for any person to, "knowingly make[] any false statement under oath, in any case, proceeding, or matter relating to, or under, or by virtue of any law of the United States relating to naturalization, citizenship, or registry of aliens."

9. Under 18 U.S.C. § 611(a), in relevant part, it is "unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the United States office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner."

## STATEMENT OF PROBABLE CAUSE

10. Based on the information below, there is probable cause to believe that GARCES BARRIGA made false statements attempting to procure United States citizenship, in violation of both 18 U.S.C. §§ 1425(a) and 1015(a); and voted in a federal election while not a United States citizen, in violation of 18 U.S.C. § 611(a).

**Background and Nationality**

11. GARCES BARRIGA is currently a resident of San Francisco, California, and an alien in the United States and a national of Ecuador.

12. On or about April 9, 2019, GARCES BARRIGA submitted a Form I-485, Application to Adjust Status ("I-485") to U.S. Citizenship and Immigration Services ("USCIS"). In the I-485, GARCES BARRIGA stated, that her Country of Citizenship or Nationality is Ecuador and she signed and swore under penalty of perjury that the information in the I-485 was complete, true, and correct.


I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

***Applicant's Signature***

**6.a.** Applicant's Signature (sign in ink)

**6.b.** Date of Signature (mm/dd/yyyy) 04/09/2019

13. On or about November 18, 2019, GARCES BARRIGA's legal status was adjusted to that of a Legal Permanent Resident ("LPR") of the United States.

**Voter Registration and Voting**

14. On or about September 13, 2022, GARCES BARRIGA submitted a Non-Citizen Voter Registration Form to the City and County of San Francisco Department of Elections.

15. On or about January 23, 2023, GARCES BARRIGA submitted a form cancelling her voter registration with the City and County of San Francisco Department of Elections.

16. On or about October 21, 2024, GARCES BARRIGA submitted a voter registration form to the California Secretary of State's Office.

17. On that same document, October 21, 2024, GARCES BARRIGA filled in a box indicating "I am a U.S. Citizen and resident of California" and signed the form. The registration form was written in Spanish.



LEER, FIRMAR Y FECHA ABAJO:
Soy un ciudadano de los Estados Unidos y tengo por lo menos 16 años de edad. Entiendo que es un delito proporcionar intencionadamente información incorrecta en este formulario. Declaro bajo pena de perjurio bajo las leyes del Estado de California que la información de este formulario es verdadera y correcta.

- ☑ Soy Ciudadano de los Estados Unidos.
- ☑ Soy residente en el estado de California.
- ☑ Tengo por lo menos 16 años de edad.
- ☑ Actualmente no estoy cumpliendo una pena de prisión estatal o federal por la condena de un delito grave.
- ☑ No estoy juzgado actualmente por un tribunal para ser mentalmente incompetente.

Firma ▶ Fecha de Inscripción ▶ 10/21/2024

18. On or about November 5, 2024, GARCES BARRIGA voted in the General Election, held with the purpose of electing, in part, a candidate for the office of United States President and Vice President, a candidate for Member of the United States Senate, and/or candidates for Member of the United States House of Representatives.



Return your ballot:
✓ To a drop box or voting site by 8pm on Election Day, or
✓ By mail (make sure your ballot is postmarked by Election Day)

Devuelva su boleta:
✓ En una caja de recolección o lugar de votación a más tardar a las 8pm el Día de las Elecciones o
✓ Por correo (asegúrese que el matasellos sea del Día de las Elecciones a más tardar)

Complete this section if your ballot will be returned by another person.
Complete esta sección si otra persona entregará su boleta.
Domenica M. Garces
Name of person returning ballot | Nombre la persona que entrega su boleta
Signature of person returning ballot | Firma de la persona que entrega su boleta

I declare under penalty of perjury that I am a resident of the San Francisco precinct in which I am voting; I am the voter whose name appears on this envelope; and I have not voted, nor intend to vote, a ballot from any other jurisdiction this election.
Declaro bajo pena de perjurio que soy un habitante del recinto electoral de San Francisco en el cual estoy votando; soy la persona cuyo nombre aparece en este sobre; y no he votado ni tengo la intención de votar, una boleta para estas elecciones en ninguna otra jurisdicción.

SIGN HERE
FIRME AQUÍ

If you cannot sign, make your mark and have a witness sign next to the mark.
Si no puede firmar, haga una marca y pida a un testigo que firme al lado.

Name / Nombre: Maribel Garces
Today's Date / Fecha de hoy: 11/5/2024

Election Date: November 5, 2024
10/21/2024 BT:0032 1928342
025094709691 PCT: 9731

**Naturalization Application**

19. On or about September 23, 2025, GARCES BARRIGA submitted an Application for Naturalization (a Form "N-400") to USCIS.

20. In the N-400 at Question 2.9, GARCES BARRIGA stated that her "Country of Citizenship or Nationality" was "Ecuador."

21. To the N-400's Question 9.1 of whether she has "ever claimed to be a United States Citizen in writing or any other way," GARCES BARRIGA marked "No."

22. To the N-400's Question 9.2 of whether she has "ever registered to vote or voted in any federal, state of local election in United States," GARCES BARRIGA marked "No."

23. GARCES BARRIGA submitted the N-400 digitally and certified that all of her responses on the N-400 were "complete, true, and correct" under penalty of perjury in Section 11.4. She did not list any preparer on her N-400.

24. GARCES BARRIGA has never been a U.S. Citizen or a Naturalized Citizen of the United States.

## CONCLUSION

25. Based on my training and experience, and the facts and circumstances set forth above, probable cause exists to believe that:

Count One: on or about September 23, 2025, in the Northern District of California and elsewhere, GARCES BARRIGA attempted to procure of naturalization contrary to law, in violation of 18 U.S.C. § 1425(a);

Count Two: on or about September 23, 2025, in the Northern District of California and elsewhere, GARCES BARRIGA made a false statement under oath relating to naturalization or citizenship, in violation of 18 U.S.C. § 1015(a); and

Count Three: on or about November 5, 2024, in the Northern District of California and elsewhere, GARCES BARRIGA unlawfully voted while being an alien, in violation of 18 U.S.C. § 611(a).

26. Accordingly, I respectfully request that the Court issue a criminal complaint and warrant for her arrest.

27. I further request, in order to avoid GARCES BARRIGA from destroying evidence, fleeing, or otherwise impeding my investigation prior to the execution of the arrest warrant, and for the safety of agents and officers, that this affidavit, and the corresponding complaint and arrest warrant, be filed under seal until execution of the arrest warrant, except that copies should be made available to the United States Attorney's Office, the FBI, DHS, and other

law enforcement agencies, including foreign law enforcement agencies, as necessary for use in investigation, prosecution, and extradition.

28. A sealing motion and proposed sealing order are submitted herewith for the Court's consideration.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

*/s/ Ian Sharma-Crawford*
IAN SHARMA-CRAWFORD
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 16th day of October 2026. This complaint and warrant are to be filed under seal.

HONORABLE ALEX G. TSE
United States Magistrate Judge