# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1425(a) - Attempted Procurement of Naturalization Contrary to Law;
18 U.S.C. § 1015(a) - False Statement Under Oath in Matters relating to Naturalization or Citizenship; and
18 U.S.C. § 611(a) - Unlawful Voting

☐ Petty
☐ Minor
☒ Misdemeanor
☒ Felony

PENALTY: See Attached Penalty Extension

## DEFENDANT - U.S

Maribel Del Carmen Garces Barriga

DISTRICT COURT NUMBER
3:26-mj-71361 MAG

FILED
Oct 16 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

IAN SHARMA-CRAWFORD, FBI S/A

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Craig Missakian

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): SAUSA Roger Dinh

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

**PENALTY SHEET**

**<u>Count One</u>:** Attempted procurement of naturalization or citizenship contrary to law, in violation of 18 U.S.C. § 1425(a)

**Maximum Penalties:**
- Prison: Not more than 10 Years
- Supervised Release: Not more than 3 Years
- Fine: Not more than $250,000
- Potential Immigration Consequences.

**<u>Count Two</u>:** False statement under oath relating to naturalization or citizenship, in violation of 18 U.S.C. § 1015(a)

**Maximum Penalties:**
- Prison: Not more than 5 Years
- Supervised Release: Not more than 3 Years
- Fine: Not more than $250,000
- Potential Immigration Consequences.

**<u>Count Three</u>:** Unlawful voting by an alien, in violation of 18 U.S.C. § 611(a)

**Maximum Penalties:**
- Prison: Up To 1 Year Prison
- Supervised Release: Not more than 1 Year
- Fine: Up To $100,000
- Potential Immigration Consequences.