CRAIG H. MISSAKIAN (NYBN 125202)
United States Attorney

JEFF MITCHELL (NYBN 236225)
Chief, Criminal Division

ROGER DINH (NYBN 4979274)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (408) 535-5037
Roger.Dinh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIBEL DEL CARMEN GARCES BARRIGA<br><br>Defendant. | NO. 3:26-MJ-71361 MAG<br><br>**MOTION TO WITHDRAW ARREST WARRANT, ISSUE SUMMONS, AND UNSEAL AND [~~PROPOSED~~] ORDER** |

The United States, by and through its counsel, Special Assistant United States Attorney Roger Dinh, moves this Court for an order to withdraw the previously-issued arrest warrant, issue a summons, and unseal the above-captioned case, including the application for a sealing order, the sealing order, and complaint.

On October 16, 2026, the United States obtained a Complaint and arrest warrant containing three counts against the defendant in the above-captioned case. The case, including the Complaint and arrest warrant, were sealed at the government's request. Now the government respectfully requests that the issued arrest warrant be withdrawn, that a summons be issued to the defendant for Tuesday, October 27, 2026, and that the matter be unsealed. The reasons for this request are to effectuate the summons, facilitate the coordination of the defendant's appearance, to be able to freely discuss the pending matter

with counsel for defendant in advance of the defendant's appearance, such that the reasons for sealing those documents as originally requested, including concerns regarding impeding investigative operations, are no longer in effect.

DATED: October 19, 2026

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
Roger Dinh
Special Assistant United States Attorney

**[PROPOSED] ORDER**

Upon motion of the United States, and good cause being shown, IT IS HEREBY ORDERED that the arrest warrant issued on October 16, 2026 be withdrawn, the attached summons is SO ORDERED, and the government's application for a sealing order, the sealing order complaint, and all attachments in the above-referenced case, shall be UNSEALED.

**IT IS SO ORDERED.**

DATED: 10/20/2026

HONORABLE ALEX G. TSE
United States Magistrate Judge